Green & Palmer, for appellant; William G. Palmer, of counsel. F. T. Carson, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

**Elmer F. Stark, administrator of the estate of James Lowell Lewis, deceased, appellee, v. Coles County Telephone and Telegraph Company and Central Illinois Public Service Company, appellant.**

Action for wrongful death of a pedestrian by contact with a charged wire hanging in an alley. Judgment for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

Vause & Kiger, for appellant. Emery Andrews and Raymond G. Real, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Thomas Oseland, appellee, v. Wabash Railway Company, appellant.**

Action for personal injuries received by falling into a hole at the intersection of a street with defendant's right of way. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922. Rehearing denied December 19, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Hogan & Reese, for appellant; N. S. Brown, of counsel. McBride & Vogelsang, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**H. K. Parker, appellee, v. Arthur Maton and Anton Berger, appellants.**

Action of debt on an attachment bond. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Kennedy & Kennedy, for appellants; Miller, Major & Major, of counsel. J. D. Wilson, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**A. J. Brown et al., appellants, v. H. L. Fouts, county treasurer, et al., appellees.**

Suit to restrain defendants from collecting or attempting to collect taxes for a community high school and for a finding that said tax is illegal. Decree for defendants. Appeal from the Circuit Court of Fulton county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the October term, 1922. Cause transferred to Supreme Court. Opinion filed October 25, 1922.

M. P. Rice and Marvin T. Robison, for appellants. Atherton & Ratcliff, for appellees.

Mr. Justice Heard delivered the opinion of the court.